```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2772
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
                                   )  No. 2:10-CR-373 GEB
11  UNITED STATES OF AMERICA,      )
                                   )  STIPULATION AND ORDER CONTINUING
12           Plaintiff,            )  STATUS CONFERENCE DATE AND
                                   )  EXCLUDING TIME UNDER THE SPEEDY
13       v.                        )  TRIAL ACT
                                   )
14  GUILLERMO CRUZ LOPEZ,          )  Court:  Hon. Garland E. Burrell
                                   )
15           Defendant.            )
                                   )
16  _____)
17
```

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Guillermo Cruz Lopez, on the other hand, through their respective attorneys, that: (1) the presently set October 1, 2010, status conference shall be continued to November 5, 2010, at 9:00 a.m.; and (2) time from the date of the parties' stipulation, September 30, 2010, through, and including, November 5, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and T4 (reasonable time for defense counsel to prepare).

1

1  The parties note and represent that Gilbert Roque, Esq., was
2 only officially appointed by the Court to represent defendant
3 Guillermo Cruz Lopez on September 29, 2010, and Mr. Roque will
4 need the time between now and November 5, 2010, to review
5 discovery, conduct legal research, and begin his defense
6 investigation.  Based on these facts, the parties stipulate and
7 agree that the trial delay and exclusion of time requested herein
8 is necessary to provide defense counsel reasonable time to
9 prepare his client's defense taking into account due diligence.
10 The parties further stipulate and agree that the ends of justice
11 to be served by granting the requested continuance outweigh the
12 best interests of the public and the defendant in a speedy trial.
13
14 Dated:  September 30, 2010          /s/ Gilbert Roque
15                                     _____
                                       GILBERT ROQUE
                                       Attorney for Defendant
16                                     Guillermo Cruz Lopez
                                       (per telephone authorization)
17
18 Dated:  September 30, 2010          BENJAMIN B. WAGNER
                                       UNITED STATES ATTORNEY
19
                                            /s/ Samuel Wong
20                                     By: _____
                                       SAMUEL WONG
21                                     Assistant U.S. Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, September 30, 2010, to and including the new November 5, 2010, status conference hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that a status conference shall be held on November 5, 2010, at 9:00 a.m.

Dated:   October 2, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

3