BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>          Plaintiff,        )<br>                            )<br>     v.                     )<br>                            )<br>GUILLERMO CRUZ LOPEZ,       )<br>                            )<br>          Defendant.        )<br>_____) | No. 2:10-CR-373 GEB<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Court:  Hon. Garland E. Burrell |

　　　It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Guillermo Cruz Lopez, on the other hand, through their respective attorneys, that:  (1) the presently set November 5, 2010, status conference shall be continued to January 14, 2011, at 9:00 a.m.; and (2) time from the date of the parties' stipulation, November 4, 2010, through, and including, January 14, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and T4 (reasonable time for defense counsel to prepare).

1

1  The parties note and represent that Gilbert Roque, Esq., was
2 only officially appointed by the Court to represent defendant
3 Guillermo Cruz Lopez on September 29, 2010, and Mr. Roque will
4 need the time between now and January 14, 2011, to review
5 discovery, conduct legal research, work on his defense
6 investigation, and discuss a possible resolution with the
7 prosecutor and his client.  Based on these facts, the parties
8 stipulate and agree that the trial delay and exclusion of time
9 requested herein is necessary to provide defense counsel
10 reasonable time to prepare his client's defense taking into
11 account due diligence.  The parties further stipulate and agree
12 that the ends of justice to be served by granting the requested
13 continuance outweigh the best interests of the public and the
14 defendant in a speedy trial.

16 Dated:  November 4, 2010         /s/ Gilbert Roque
17                                  _____
                                    GILBERT ROQUE
                                    Attorney for Defendant
18                                  Guillermo Cruz Lopez
                                    (per telephone authorization)
19
20 Dated:  November 4, 2010         BENJAMIN B. WAGNER
                                    UNITED STATES ATTORNEY
21
                                         /s/ Samuel Wong
22                                  By:  _____
                                    SAMUEL WONG
23                                  Assistant U.S. Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, November 4, 2010, to and including the new January 14, 2011, status conference hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that a status conference shall be held on January 14, 2011, at 9:00 a.m.

Dated:  November 5, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge