```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GUILLERMO CRUZ LOPEZ,<br><br>　　　　Defendant. | No. 2:10-CR-373 GEB<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Court:  Hon. Garland E. Burrell |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Guillermo Cruz Lopez, on the other hand, through their respective attorneys, that:  (1) the presently set January 14, 2011, status conference shall be continued to February 11, 2011, at 9:00 a.m.; and (2) time from the date of the parties' stipulation, January 11, 2011, through, and including, February 11, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and T4 (reasonable time for defense counsel to prepare).

1

The parties note and represent that Gilbert Roque, Esq., will need the time between now and February 11, 2011, to review discovery, conduct legal research, work on his defense investigation, and discuss a possible resolution with the prosecutor and his client. The parties represent that the United States and Lopez have engaged in serious settlement discussions and Mr. Roque needs additional time to explain the ramifications of any plea resolution to Lopez. The task of explaining a plea resolution to Lopez is made more difficult because any written plea offer needs to be explained to Lopez, who speaks primarily Spanish, through a Spanish/English interpreter. Based on these facts, the parties stipulate and agree that the trial delay and exclusion of time requested herein is necessary to provide defense counsel reasonable time to prepare his client's defense taking into account due diligence. The parties further stipulate and agree that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: January 11, 2011             /s/ Gilbert Roque
                                    _____
                                    GILBERT ROQUE
                                    Attorney for Defendant
                                    Guillermo Cruz Lopez
                                    (per telephone authorization)

Dated: January 11, 2011             BENJAMIN B. WAGNER
                                    UNITED STATES ATTORNEY

                                          /s/ Samuel Wong
                                    By:  _____
                                         SAMUEL WONG
                                         Assistant U.S. Attorney

2

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, January 11, 2011, to and including the new February 11, 2011, status conference hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that a status conference shall be held on February 11, 2011, at 9:00 a.m.

Dated:  January 12, 2011

GARLAND E. BURRELL, JR.
United States District Judge