```
BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-CR-00373-GEB |
| Plaintiff, ) | |
| ) | PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| GUILLERMO CRUZ LOPEZ, ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Guillermo Cruz Lopez, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Guillermo Cruz Lopez's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

> a loaded Sturm, Ruger & Company, Inc., 9 millimeter semi-automatic pistol, serial number 304-88181; and a loaded Walther 9 millimeter semi-automatic pistol, serial number 315626.

2. The above-listed property was used, or intended to be used, in any manner or part, to commit, or facilitate the

1  commission of violations of 21 U.S.C. §§ 846 and 841(a)(1).

2  　　　3.   Pursuant to Rule 32.2(b)(3), the Attorney General (or
3  his designee) shall be authorized to seize the above-listed
4  property.  The aforementioned property shall be seized and held
5  by the Bureau of Alcohol, Tobacco, Firearms and Explosives, in
6  its secure custody and control.

7  　　　4.   a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171,
8  the United States shall publish notice of the order of
9  forfeiture.  Notice of this Order and notice of the Attorney
10 General's (or his designee's) intent to dispose of the property
11 in such manner as the Attorney General may direct shall be posted
12 for at least 30 consecutive days on the official internet
13 government forfeiture site www.forfeiture.gov.  The United States
14 may also, to the extent practicable, provide direct written
15 notice to any person known to have alleged an interest in the
16 property that is the subject of the order of forfeiture as a
17 substitute for published notice as to those persons so notified.

18 　　　　　b.   This notice shall state that any person, other than
19 the defendant, asserting a legal interest in the above-listed
20 property, must file a petition with the Court within sixty (60)
21 days from the first day of publication of the Notice of
22 Forfeiture posted on the official government forfeiture site, or
23 within thirty (30) days from receipt of direct written notice,
24 whichever is earlier.

25 　　　5.   If a petition is timely filed, upon adjudication of all
26 third-party interests, if any, this Court will enter a Final
27 ///
28 ///

Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

Dated:  March 15, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge