1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                    No.  2:10-cr-0373 GEB AC P

12            Respondent,

13       v.                                        ORDER

14    GUILLERMO CRUZ LOPEZ,

15            Movant.

16

17          Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or

18    correct his sentence pursuant to 28 U.S.C. § 2255.  Since movant may be entitled to the requested

19    relief if he can establish a violation of his constitutional rights, respondent is directed to file an

20    answer within thirty days of the effective date of this order.  See Rule 4, Rules Governing Section

21    2255 Proceedings.

22          Respondent shall include with the answer any and all transcripts or other documents

23    relevant to the determination of the issues presented in the motion.  Rule 5, Rules Governing

24    Section 2255 Proceedings.  Movant's traverse, if any, is due on or before thirty days from the date

25    respondent's answer is filed.

26    ////

27    ////

28    ////

                                                    1

1    The Clerk of the Court shall serve a copy of this order, together with a copy of movant's

2    motion, on the United States Attorney or his authorized representative.

3    DATED: July 10, 2013

4

5    _____

6    ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12   AC:009

13   lope0373.206

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2