UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>GUILLERMO CRUZ LOPEZ,<br><br>Movant. | No. 2:10-cr-0373 GEB AC P<br><br><br><br>ORDER |

On December 5, 2013, respondent filed a motion to dismiss the amended motion to vacate, set aside, or correct movant's sentence pursuant to 28 U.S.C. § 2255, or, in the alternative, for summary judgment. Although the docket did not indicate any opposition or other response to the motion, movant indicated in a filing dated April 14, 2014 that he had responded to the motion. ECF No. 48 at 3. By Order filed on April 28, 2014, respondent was ordered to provide the court with a copy of movant's response, if any, to respondent's pending dispositive motion, along with a declaration of counsel explaining the circumstances of its receipt. Respondent subsequently located and filed movant's response. See ECF No. 50 at 5-14. Counsel for respondent declares that (1) movant included three copies of his response to the motion in the envelope he directed to the U.S. Attorney, which was received on December 30, 2013; (2) counsel did not realize until responding to the court's April 28 Order that movant had not submitted a copy to the Clerk's Office for filing; (3) movant did not request that respondent file any document for him; and (4)

1

counsel has never previously been requested to file a brief for an opposing party. ECF No. 50 at 1-3 (Declaration of Samuel Wong).

The undersigned ha previously noted that movant appeared to be making an effort to keep the court apprised of his movements even if unable to provide a current address. Movant was directed to file an updated address within ninety days. ECF No. 49. However, when respondent served a copy of the documents at ECF No. 50 upon the address of record for movant, it was returned and respondent took the step to locate movant's current address, re-serving him on May 21, 2014. See ECF No. 53, 54. The docket indicates that this mail has not been returned. Therefore, the court will direct that the Clerk of the Court update movant's address. Because the new address has been obtained prior to the expiration of time for movant to provide his updated address, the court will deem that portion of the April 28, 2014 Order discharged as well.

Accordingly, IT IS ORDERED that:

1. Respondent, by the submission at ECF No. 50, has discharged the court's Order at ECF No. 49.

2. The Clerk of the Court is directed to docket separately a portion of the attachment identified as Appendix 7 to ECF No. 50 (pages 5-14) as movant's opposition to the motion to dismiss at ECF No. 47, and to date the opposition as having been filed, nunc pro tunc, on December 23, 2013.

3. Because movant's updated address has been provided to the court by respondent, movant is no longer obligated to provide a further notice pursuant to ECF No. 49, unless, of course, the address is incorrect or changes again;

4. The Clerk of the Court is directed to update movant's address with the address for Eden Correctional Institution provided in respondent's certificate of service at ECF No. 53.

5. Respondent is granted seven (7) days to file any response to movant's opposition to the dispositive motion.

DATED: June 30, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE