UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-0373 GEB AC |
| Plaintiff/Respondent, | |
| v. | <u>ORDER</u> |
| GUILLERMO CRUZ LOPEZ, | |
| Defendant/Petitioner. | |

Petitioner, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 22, 2014, the magistrate judge filed findings and recommendations herein which were served on movant and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 57.  Neither party has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 22, 2014, are adopted in full;

2. Respondent's motion to dismiss, ECF No. 47, is granted;

3. Petitioner's motion under 28 U.S.C. § 2255, ECF Nos. 30 & 40, are dismissed;

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

5. The Clerk of the Court is directed to close the companion civil case, No. 2:13-cv-01270 AC.

Dated: January 16, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge